IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00157-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     *Plaintiff*, ) | |
| ) | |
|     v. ) | ORDER DROPPING BRENDA M. |
| ) | JONES AS A PARTY |
| JAMESTOWN DAYCARE CENTER, INC., ) | |
| *et al.*, ) | |
|     *Defendants*. ) | |

Upon the *Motion to Drop Brenda M. Jones as a Party Pursuant to Fed. R. Civ. P. 21* filed by the Plaintiff, United States of America (the "**Plaintiff**"), and the relief sought in count II of the complaint against Defendant, Brenda M. Jones (the "**Defendant**"), now being moot, and the Court being otherwise sufficiently advised, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:

    A.    The United States' Motion is **GRANTED**; and it is further ordered that

    B.    Brenda M. Jones is dropped as a party pursuant to Federal Rule of Civil Procedure 21 and shall therefore have no further obligations in this matter.

**ENTERED:** 1/21/22

                                                   **HON. LOUISE W. FLANAGAN**
                                                   **U.S. DISTRICT JUDGE**